IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| LEON EDWARD PUGH, JR. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 4:11-CV-11 CDL-MSH |
| | : | |
| CARL HUMPHREY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **RECOMMENDATION OF DISMISSAL**

On February 2, 2011, Plaintiff filed the above styled civil action against Carl Humphrey, Brown Keys, Jolene Herczeg, Dr. Olakunle Aina, Dr. Akin Omitowoju, and Dr. James Wilson. (Compl. 1, ECF No.1.) Plaintiff's motion to proceed *in forma pauperis* ("IFP") in this action was denied and he was ordered to pay the $350.00 filing fee in full. (Text Only Order, Feb. 11, 2011.) Plaintiff was warned in that Order that failure to comply by paying the filing fee would result in dismissal of his action. (*Id.*) Petitioner has not complied with the Court's Order and, as of today, has neglected to pay the $350 filing fee as required by 28 U.S.C. § 1914(a).

WHEREFORE it is recommended that Plaintiff's action be **DISMISSED** for failure to pay the filing fee and comply with the Court's February 11, 2011, Order. Pursuant to 28 U.S.C. § 636(b)(1), the Petitioner may serve and file written objections to this recommendation with the UNITED STATES DISTRICT JUDGE within fourteen (14) days after being served a copy of this recommendation.

**SO RECOMMENDED,** this 16th day of March, 2011.

S/Stephen Hyles
UNITED STATES MAGISTRATE JUDGE