```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF GEORGIA
           COLUMBUS DIVISION
```

LEON EDWARD PUGH, JR.,

  Plaintiff      \*

vs.            \*

              CASE NO. 4:11-CV-11 (CDL)

CARL HUMPHREY, et al.,   \*

  Defendants     \*

<u>ORDER ON RECOMMENDATON OF DISMISSAL</u>

This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on March 16, 2011. No objection has been filed to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 26th day of July, 2011.

              s/Clay D. Land
              CLAY D. LAND
              UNITED STATES DISTRICT JUDGE